FILED
February 4, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: VL
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Case No: SA:26-CR-00048-FB

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>ROBYN ARGOTE-BROOKS<br><br>Defendant. | **INDICTMENT**<br><br>COUNT 1: 18 U.S.C. §111(a)(1) and (b) – Forcibly Assaulting a Federal Officer<br><br>COUNT 2&3: 18 U.S.C. § 1361 - Destruction of Government Property; |

**THE GRAND JURY CHARGES:**

COUNT ONE
[18 U.S.C. §111(a)(1) and (b)]

That on or about January 13, 2026, in the Western District of Texas, Defendant,

**ROBYN ARGOTE-BROOKS,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. §1114, to wit: Immigration and Customs Enforcement Deportation Officer R.J., who was engaged in their official duties and inflicted bodily injury with a dangerous weapon, to wit: a vehicle, all in violation of Title 18, United States Code, Section 111(a)(1) and (b).

COUNT TWO
[18 U.S.C. § 1361]

That on or about January 13, 2026, in the Western District of Texas, Defendant,

**ROBYN ARGOTE-BROOKS,**

did willfully cause injury or commit depredation against property of the United States and of any department or agency thereof by striking an ICE/ERO vehicle with his vehicle, resulting in damages in excess of $1,000, all in violation of Title 18, United States Code, Section 1361.

### COUNT THREE
### [18 U.S.C. § 1361]

That on or about January 13, 2026, in the Western District of Texas, Defendant,

**ROBYN ARGOTE-BROOKS,**

did willfully cause injury or commit depredation against property of the United States and of any department or agency thereof by striking an ICE/ERO vehicle with his vehicle, resulting in damages in excess of $1,000, all in violation of Title 18, United States Code, Section 1361.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: *Joseph Blackwell*
FOR AMY MARIE WALKER
Assistant United States Attorney