FILED
MAY 08 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CRIMINAL NO. SA-26-CR-00048-FB |
| | § | |
| | § | |
| ROBYN ARGOTE-BROOKS, | § | |
| | § | |
| *Defendant.* | § | |

**VERDICT FORM**

We, the jury in the above-captioned case, unanimously return the following verdict:

**COUNT ONE**
**(Forcibly Assaulting a Federal Officer by Using a Deadly or Dangerous Weapon or Inflicting Bodily Injury)**

GUILTY________ NOT GUILTY____X____

*If your verdict is not guilty, or if after all reasonable efforts, you are unable to reach a verdict, you should go on to consider whether the Defendant is guilty of the following lesser offense:*

**LESSER INCLUDED OFFENSE FOR COUNT ONE**
**(Forcibly Assaulting a Federal Officer)**

GUILTY________ NOT GUILTY____X____

**COUNT TWO**
**(Damaging Government Property – Nissan Pathfinder SUV)**

GUILTY X NOT GUILTY____________

**COUNT THREE**
**(Damaging Government Property – Ford Taurus Sedan)**

GUILTY X NOT GUILTY____________

5-8-26
Date

[redacted]
PRESIDING JUROR